COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Detective George Schilter and Shriners Hospitals for Children v.
                         Cadence Bank, N.A.,

Appellate case number:   01-22-00317-CV

Trial court case number: 442,669

Trial court:             Probate Court No 3 of Harris County

On June 23, 2022, this Court granted Appellant Shriners Hospitals for Children's unopposed Motion to Extend Time to Mediate and unopposed Motion to Extend Time to Abate Appeal Pending Mediation, or Alternatively, Motion to Extend Time to File Brief. The order required the parties to submit a status report to the Court within 10 days of the completion of their July 20, 2022 mediation. To date, no status report has been submitted to the Court.

The parties are **ORDERED** to submit a status report regarding the result of their mediation by August 26, 2022. If the parties do not file a status report by that date, the Court will assume the case was not resolved at mediation and will, therefore, lift the abatement and reinstate the case on its active docket.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date:  August 16, 2022